83,178-01

Court of Criminal Appeals          Mr. Jaime Tellez
          Clerk                    T.D.C.J 1764107
P.O. BOX 12308                     Jame V Allred 18-J-73
Austin Texas 78711                 2101 Fm 369 North
                                   Iowa Park Texas 76367

Re Cause No. CR-39,128/39,129
                    Dear Clerk...
                         I would
like to Know the disposition of the case in the Above cause
number. This imformation would ▆ really help me
thank you in At Advance for your help in this matter
                              Sincerely
                              Jaime Tellez

P.S
     My Address is outlined Above.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk